1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LAUREN M. HARDING (CABN 308029)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Lauren.Harding@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO. 22-CR-00269-WHA
                                         )
14       Plaintiff,                      )  STIPULATION TO EXCLUDE TIME FROM
                                         )  OCTOBER 25, 2022 TO JANUARY 23, 2023 AND
15       v.                              )  [PROPOSED] ORDER
                                         )
16  OMAR POPE,                           )
                                         )
17       Defendant.                      )
                                         )
18

19       It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant OMAR POPE, that time be excluded under the Speedy Trial Act from **October 25, 2022**

21  **through January 23, 2023**.

22       At the status conference held on October 25, 2022, the Court set trial for February 6, 2023.  The

23  Court has since set the trial for January 23, 2023.  The government explained on the record on October

24  23, 2023 that it continues to investigate; the defense also continues to review the discovery in

25  preparation for trial.  For this reason and as further stated on the record at the status conference on

26  October 25, 2022, the parties stipulate and agree that excluding time through **January 23, 2023** will

27  allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further

28  stipulate and agree that the ends of justice served by excluding the time from October 25, 2022 through

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. 22-CR-00269-WHA

**January 23, 2023** from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:      10/28/2022                                            /s/
                                                            LAUREN M. HARDING
                                                            Assistant United States Attorney

DATED:      10/28/2022                                            /s/
                                                            DANIEL BLANK
                                                            Assistant Federal Public Defender
                                                            Counsel for Defendant Omar Pope

[~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 25, 2022, and for good cause shown, the Court finds that failing to exclude the time from October 25, 2022 through **January 23, 2023** would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 25, 2022 through **January 23, 2023** from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 25, 2022 through **January 23, 2023** shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   October 28, 2022                                      _____
                                                            HON. WILLIAM H. ALSUP
                                                            United States District Judge

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
CASE NO. 22-CR-00269-WHA